UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE APPLICATION OF<br>HEWLETT-PACKARD COMPANY,<br><br>Applicant. | Case No.: 5:13-mc-80266-RMW-PSG<br><br>**ORDER OF RECUSAL** |

I hereby recuse myself from hearing or determining any matters in the above case. The Clerk of Court shall remove the undersigned as settlement judge.

**IT IS SO ORDERED.**

Dated: December 6, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

1

Case No.: 5:13-mc-80266-RMW-PSG
ORDER OF RECUSAL